In the Matter of the Application of WILLIAM C. BAKER, Appellant, *v.* ANDREW J. MAGUIRE, as Supervisor of Janitors of the Board of Education of the City of New York, et al., Respondents.

*Matter of Baker* v. *Maguire,* 171 App. Div. 216, affirmed.
(Argued November 24, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1916, which reversed an order of Special Term granting a motion for an alternative writ of mandamus directing the respondents to rescind a resolution transferring the petitioner, a janitor-engineer in the department of education, from one school to another at a

probably reduced salary and to reinstate him in the school from which he was transferred or to show cause why the command of the writ should not be obeyed.

*John E. O'Brien* for appellant.

*Lamar Hardy, Corporation Counsel* (*Charles McIntyre* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on the ground that the proceeding is against the wrong party; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.